# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

-FILED-
FEB 17 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Anna M. Gonzalez,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Louis DeJoy - Postmaster General
[*The DEFENDANT is who you are suing.*]

Case Number 2:23-CV-62
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 1723 Brown Ave Whiting, IN 46394

2. My telephone number is: (219) 433-2291

3. The Defendant's address is: Louis DeJoy - Postmaster General 475 L'Enfant Plaza SW Washington, DC 20260-0010

4. This action is brought for employment discrimination pursuant to:

   ☒ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

   ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☐ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: November 16, 2022

6. The date on my Notice of Right to Sue letter is: November 21, 2022

7. The date I received my Notice of Right to Sue letter was: November 21, 2022
(Originally started my EEO was 8/24/2020) with the United States Postal Service)

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

**DO:** Write a short and plain statement using simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

**DO:** Explain when, where, why, and how the defendant discriminated against you.

**DO:** Include every fact necessary to explain your case and describe your injuries or damages.

**DO:** Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

**DO:** Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Aarika D. Mack-Brown - Administrative Judge I Anna M. Gonzalez appeals the ruling of the EEOC - Judge Aarika D. Mack-Brown - Administrative Judge - file my complaint for racial discrimination by the United States Postal Service. Plaintiff Anna Gonzalez was denied her promotion based on racial discrimination. Plaintiff Anna Gonzalez is a member of a protective class. (Hispanic) Plaintiff Anna Gonzalez was damaged due to this racial discrimination as such plaintiff Anna Gonzalez was damaged which resulted in a substantial loss of income and opportunity. Plaintiff Anna Gonzalez seeks all damages available under the law to be determined at trial.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

I would like the court to allow me to have the Supervisor position I should have been granted. Loss of income of the years I was not Supervising. (Pension)

**DOCUMENTS** – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

● Notice of Right to Sue letter

● Other: I have additional documents that may be added at a later time. (from my previous attorney)

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

✓ I will keep a copy of this complaint for my records.
✓ I will promptly notify the court of any change of address.
✓ I declare **under penalty of perjury** that the statements in this complaint are true.

_____     2-17-2023
Signature                                                        Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]